**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL WAYNE THOMAS, JR
ADC #611338                                                                                  PLAINTIFF

V.                                      NO: 2:05CV00121 JMM/HDY

GAULETT, *et al.*                                                                          DEFENDANTS

<u>**ORDER**</u>

On July 27, 2005, the United States Marshal filed a Process Receipt and Return indicating that service had been attempted on Defendant Gaulett, but was returned unexecuted. Included in that filing was a memorandum from the Arkansas Board of Corrections Compliance Division indicating that the Arkansas Department of Correction ("ADC") Human Resource Division did not show an employee by the name of Gaulett. The memorandum indicated that more than one ADC employee has a similar last name, and that a first name would be needed for the ADC to accept service for the proper individual.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If service of the summons and complaint is not made upon defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time . . . .

Under Rule 4(c)(1), a plaintiff generally shoulders the responsibility to serve a copy of his or her complaint and the summons upon a defendant within the time provided in Rule 4(m). However, in the case of a plaintiff proceeding *in forma pauperis*, the Court is obligated to issue process to a United States Marshal who must effectuate service upon the defendants. *See* 28 U.S.C. § 1915(d).

Although Plaintiff is relieved of the responsibility for service of a summons and complaint,

1

he must still provide the Court with enough information to enable the United States Marshal to effectuate service of process.  Accordingly, Plaintiff is directed to provide the Court, within thirty (30) days from the entry date of this Order, with the first name or sufficient identifying information to effect service for Defendant Gaulett. Plaintiff is reminded of his responsibility to comply with the Local Rules of the Court, including Local Rule 5.5(c)(2).[1]

IT IS THEREFORE ORDERED that Plaintiff must provide the Court with the first name or sufficient identifying information to effect service for Defendant Gaulett.

DATED this ___11___ day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

_____

[1]Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."